# UNITED STATE DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORANGE DIVISION

**TONYA HOLMES,**
**on behalf of herself and on behalf**
**of all others similarly situated,**

      **Plaintiffs,**                                          **CASE NO.:**

**v.**

**ADVENTIST HEALTH SYSTEM SUNBELT,**
**INC. d/b/a ADVENTHEALTH ORLANDO,**

      **Defendant**
_____/

## **DEFENDANT'S NOTICE OF REMOVAL**

Defendant ADVENTIST HEALTH SYSTEM SUNBELT, INC. d/b/a ADVENTHEALTH ORLANDO ("Adventhealth" or "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby gives notice of the removal of this action to this Court from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.  Removal of this action is based upon the following:

**I.**     **PROCEDURAL ALLEGATIONS**

1.     On June 1, 2020, Plaintiff Tonya Holmes ("Plaintiff"), on behalf of herself and on behalf of all others similarly situated, filed a Class Action Complaint and Demand for Jury Trial ("Complaint") against Adventhealth in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.  The action was styled *Tonya Holmes, on behalf of herself and on behalf of all others similarly situated v. Adventist Health System Sunbelt, Inc., d/b/a Adventhealth Orlando* and designated as Case No. 2020-CA-5633-O ("State Court Action").     Plaintiff's Complaint purports to assert a claim against Adventhealth for a willful violation of the Fair Credit

Reporting Act of 1970, as amended ("FCRA"), 15 U.S.C. §§ 1681a–x.

2.      Adventhealth was served with a Summons and the Complaint on June 8, 2020. Accordingly, this Notice of Removal is timely filed within 30 days of Adventhealth's receipt of the Complaint as required by 28 U.S.C. § 1446(b).

3.      In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, orders, and other papers or exhibits on file in the State Court Action are attached as **Exhibit A**.

4.      The District and Division embracing the place where such action is pending is the United States District Court for the Middle District of Florida, Orange Division. *See* 28 U.S.C. §§ 89(b), 1441(a).

## II.      FEDERAL QUESTION JURISDICTION

5.      Adventhealth removes this action based on federal question jurisdiction, pursuant to 28 U.S.C. §1441(a).  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, because plaintiff's claims arise exclusively under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681a–x.

## III.      NOTICE REQUIREMENTS

6.      In accordance with 28 U.S.C. § 1446(d), Adventhealth will promptly provide written notice to Plaintiff of the removal in this action and will promptly file a copy of this Notice of Removal in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida. A copy of the Notice of Filing Notice of Removal is attached as **Exhibit B.**

7.      The required filing fee of $400.00 and an executed civil cover sheet accompany this Notice.

## IV.    <u>CONCLUSION</u>

WHEREFORE, having fulfilled all statutory requirements, Adventhealth removes this action to this Court from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, and requests this Court assume full jurisdiction over this matter as provided by law.

Dated June 29, 2020.                Respectfully submitted,

LITTLER MENDELSON, P.C.
111 N. Orange Avenue, Suite 1750
Orlando, Florida 32801-2366
Telephone:  (407) 393-2900
Facsimile:    (407) 393-2929

BY:    */s/ Nancy A. Johnson*
Nancy A. Johnson
Fla. Bar No.: 597562
Email:  najohnson@littler.com

*Counsel for Defendant*

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 29th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a correct copy of the foregoing has been furnished electronic mail to:. Brandon J. Hill, Luis A. Cabassa, Wenzel Fenton Cabassa, 1110 N. Florida Avenue, Suite 300, Tampa, FL 33602, bhill@wfclaw.com; lcabassa@wfclaw.com; and Craig C. Marchiando, Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Ste. 1-A, Newport News, VA 23601, craig@clalegal.com.

*/s/ Nancy A. Johnson*
Nancy A. Johnson

4843-7546-7712.1 070462.1065