# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TONYA HOLMES,

        Plaintiff,

v.                                                    Case No:   6:20-cv-1153-GAP-EJK

ADVENTIST HEALTH SYSTEM
SUNBELT, INC,

        Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Resolution (Doc. 23), it is

**ORDERED** that this case is **DISMISSED** without prejudice pursuant

to Local Rule 3.09(b), subject to the right of any party to move the Court

within sixty (60) days for the purpose of entering a stipulated form of final

order or judgment; or, on good cause shown, to reopen the case for further

proceedings.    Any pending motions are **DENIED** as moot.    The Clerk is

directed to close this file.

       **DONE** and **ORDERED** in Chambers in Orlando, Florida on March 22,

2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties